Case 7:24-cv-00032   Document 10   Filed 08/21/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RENE RAMIREZ AND LAURA RAMIREZ § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | Civil Action No. 7:24-cv-00032 | |
| § | | |
| APEX BANK, § | | |
| § | | |
| *Defendant.* § | | |

### ORDER GRANTING APEX BANK'S MOTION FOR JUDGMENT ON THE PLEADINGS

After consideration of Defendant Apex Bank's *Motion for Judgment on the Pleadings* ("Motion"), the Court the court believes that the Motion, in its entirety, should be **GRANTED**. It is therefore

**ORDERED, ADJUGED**, and **DECREED** that all claims that were asserted or could have been asserted by Plaintiffs Rene Ramirez and Laura Ramirez ("Plaintiffs") are **DISMISSED WITH PREJUIDCE**; it is further

**ORDERED, ADJUDGED**, and **DECREED** that all claims for relief, including damages, attorney's fees, declaratory judgments, and temporary and permanent injunctive relief are **DENIED**; It is finally

~~**ORDERED, ADJUGED**, and **DECREED** that all costs and fees are to borne by Plaintiffs.~~ *RJA*

THIS IS A FINAL JUDGMENT.

SO ORDERED.

On this __21st__ day of __August__, 2024.

_Ricardo H. Hinojosa_
PRESIDING DISTRICT COURT JUDGE